# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# COURT FILE NO.:13CV-4032

| | |
|---|---|
| NEIL A. JOENKS, <br>       Plaintiff, <br> v. <br><br> Charles L. Litow, individually & <br> Litow & Pech, P. C. & <br> Arrow Financial Services, LLC, <br><br>       Defendants. | **NOTICE OF DISMISSAL** |

Now comes the Plaintiff, by and through Counsel and gives notice to the Court to dismiss the above matter with prejudice, as the Parties have settled the dispute by mutual releases and satisfaction.

Dated: July 31, 2013

Respectfully submitted,
**JAMES P. MORIARTY, PC**
By:

*/s/ James P. Moriarty, Esq.*

James P. Moriarty, Esq.
Attorney I.D. AT0005463
Armstrong Centre
222 Third Avenue SE, Suite 299
Cedar Rapids, IA 52401-1542
Telephone: (319) 366-2307
Facsimile: (319) 364-8914
jpmoriarty@dybb.com
www.jpmoriartylaw.com

**Attorney for Plaintiff**